**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Joseph Dunbar
V:
State of New Jersey

Use Both Sides of Paper
Inmate Print Name Here

Joseph Dunbar  A0171
Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753   Jan 6, 2026

2026 JAN 21  A 4:05
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

To whom this may concern, I Joseph Dunbar on my own behalf to explain. I Joseph Dunbar was falsly imprisoned do to the Bail Re-form act. In 2021, 2022, 2023 and 2024 I Joseph Dunbar couldn't go inside the Courtroom to answer for my crimes because of Covid-19, so I Joseph Dunbar had to do Zoom while I was a inmate in Northern State Prison. While trying to do Zoom, Zoom Malfunction and I wasn't able to do Court However I'm being held accountable for the Zoom malfunction, and New Jersey Superior Courts

D.O.C. 52

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Use Both Sides of Paper
Inmate Print Name Here

Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

Knows this, But the Courts Put me down as failure To appear which shoudn't have happen, this action keeps me Detained anytime I am charge with a Crime. December 4 I Provided the Courts with Documation that stated I was sick and was hospitalize "see" Jersey Shore Record Long Branch Still Detained me, meaning I was falsly Imprisoned In Monmouth County Jail. These action Brought intentional inflicted Emotional Distress. Befor getting sent to the Monmath County Jail, I was assaulted by Asbury Park Police and their Detectives by Smashing my face into Plex Glass in back of Longbranch Police Patrole Car "See" LongBranch officer BWC & Patrole footage. Also I Joseph Dunbar was Going to a day program Morings Glory in Neptune Where I was Sexualy assaulted by the Assistance Director Dian owns "See" Asbury Park Police Report

- D.O.C. 52

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Use Both Sides of Paper
Inmate Print Name Here

Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

and Neptune Police Report. When I brought it up to Monmouth County Social Service, I was kicked out of the Program and lost my housing, However Long Branch Courts told me with a court order, I had to go back.

On December 24 2025 I was arrest for a crime I didn't commit in Lakehurst ocean county where I was imprisoned at, I ask to speak w/ a public Defender which ~~does~~ didn't happen.

D.O.C. 52

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Joseph Dunbar
V
Long Branch Municipal Courts

Use Both Sides of Paper
Inmate Print Name Here

Joseph S. Dunbar 3rd 420171
Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

To Whom this May Concern

I'm in Lockup writing this tort Claim because 1) I have 90 days To do so and 2) The County Jail wont Provide me with Blank tort Claim to fill out.

On 12-03-2025 I Joseph Dunbar called into the courts and spoke with LongBranch Municiple court clark and told her I Couldnt make it to Court because I was sick I also Provide the Courts with hospital Documents stating the facts Covid 19 Rules of The Courts. On 12-04-2025 a warrent was Put out for my arrest after Providing these Documents

Two weeks Later I was arrest for falure to appear In Longbranch on 12-03-25 after providing these facts "see" Jersey shore medical hospital and monmouth medical hospital I had Pneumonia in the month of November and December

You can reach me @ Ocean County Jail

my Gmail is ~~[scratched out]~~ Jahniyahthomas097@Gmail.com

Cell # 848-352-3260
mother # 732-676-0178
Dad # 773-663-0758

D.O.C. 52

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Joseph Dunbar
V
Asbury Park Police Department

Use Both Sides of Paper
Inmate Print Name Here

Joseph Dunbar Ap0171
Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

On or around 12-20-2025 i was arrest for a warrent in Longbranch monmouth county for failure to apper, While I was Police Custody I was assaulted by asbury park Police Detective While Being transfered to Longbranch Police Department "See" Longbranch police Bwc along with Patrol car footage.

On Said day I was hurt while in Police Custody as their Supervisor watched I also reported this incident to asbury park IA

D.O.C. 52

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Joseph Dunbar
v.
Lakehurst Police Department

Use Both Sides of Paper
Inmate Print Name Here

Joseph Dunbar Ap0171
Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

On December 24 2024 Lakehurst police falsly imprisoned me in ocean county Jail for a crime I didnt committ. "see" State v. Joseph Dunbar Kelly Bennet and Richard Chandler JR

D.O.C. 52

Joseph Duncan Apt 171

OCEAN COUNTY JAIL
114 Hooper Avenue
Toms River, NJ 08754
THIS ADDRESS IS A COUNTY
PRISON, ADDRESSED TO A COUNTY
INMATE. COUNTY IS NOT
RESPONSIBLE FOR DEBTS
INCURRED BY INMATE.

TRENTON NJ 085
15 JAN 2026 PM 3 L

DISTRICT OF NEW JERSEY
RECEIVED
2026 JAN 21 A 4:05

Martin Luther King jr US courthouse
50 walnut st rm 4015
Newark NJ 07101